# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                          :    NO. 218
                                                :
AMENDMENT OF RULE 328 OF THE                    :    DISCIPLINARY RULES DOCKET
PENNSYLVANIA RULES OF                           :
DISCIPLINARY ENFORCEMENT                        :
                                                :
                                                :

## ORDER

**PER CURIAM**

      **AND NOW**, this 10th day of March, 2022, upon the recommendation of the Disciplinary Board of the Supreme Court of Pennsylvania; the proposal having been submitted without publication in the interests of justice and efficient administration pursuant to Pa.R.J.A. No. 103(a)(3),

      **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that rule 328 of the Pennsylvania Rules of Disciplinary Enforcement is amended in the attached form.

      This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective in 30 days.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and in brackets.